**UNITED STATES of America**

v.

**TUYEN QUANG PHAM, Appellant.**

**No. 13–3144.**

United States Court of Appeals, Third Circuit.

July 9, 2015.

(E.D. Pa. No. 5–08–cr–00427–004).

Frank A. Labor, Iii, Esq., Emily McKillip, Esq., Office of United States Attorney,

Philadelphia, PA, for United States of America.

Thomas A. Dreyer, Esq., Chadds Ford, PA, for Appellant.

Present: FISHER, JORDAN and HARDIMAN, Circuit Judges.

### SUR PETITION FOR PANEL REHEARING

D. MICHAEL FISHER, Circuit Judge.

The petition for rehearing filed by Appellant Tuyen Pham in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is granted. A subsequent decision by the panel will follow this order.